IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANGLE SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARMAN INTERNATIONAL, INC., TOMTOM, INC., VOLKSWAGEN GROUP OF AMERICA, INC., and WESTWOOD ONE, INC.,<br><br>Defendants. | Civil Action No. 1:10-cv-01457-CMH-TCB |

**CONSENT MOTION OF DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Volkswagen Group of America, Inc. ("Volkswagen") hereby moves pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and E.D.Va. Local Civil Rule 7(F)(2) for an extension of time to respond to the Complaint of Plaintiff Triangle Software, LLC in this action. Plaintiff consents to this motion. In support of the motion, Volkswagen states as follows:

1. The Complaint in this action was filed on December 28, 2010, and served upon Volkswagen on January 4, 2011. Volkswagen's responsive pleading is currently due on January 25, 2011.

2. Volkswagen requests an additional thirty (30) days to investigate the allegations of the Complaint and prepare its responsive pleading. This motion is not presented for purposes of delay. This is Volkswagen's first request for an extension of time to respond to the Complaint.

2

3.     On January 19, 2011, counsel for Volkswagen spoke to counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff consented to the 30-day extension of time to respond to the Complaint requested in this motion.

WHEREFORE, for the foregoing reasons, Volkswagen respectfully requests that the Court enter an Order granting Volkswagen an extension of time until February 24, 2011 to respond to the Complaint. A proposed Order is attached.

Respectfully submitted,

Dated: January 20, 2011              _____/s/_____

John W. Bateman (VSB # 31987)
Kenyon & Kenyon LLP
1500 K Street, N.W.
Washington D.C. 20005
Tel: (202) 220-4200
Fax: (202) 220-4201
jbateman@kenyon.com

ATTORNEY FOR
VOLKSWAGEN GROUP OF
AMERICA, INC.

OF COUNSEL:

Michael J. Lennon
Mark A. Hannemann
Kenyon & Kenyon LLP
One Broadway
New York, New York 10004
(212) 425-7200

Susan A. Smith
Kenyon & Kenyon LLP
1500 K Street, N.W.
Washington, D.C. 20005
(202) 220-4200

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of January, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals, and that I will also have the foregoing sent by e-mail to the following individuals:

Craig T. Merritt
cmerritt@cblaw.com
R. Braxton Hill, IV
bhill@cblaw.com
Nichole Buck Vanderslice
nvanderslice@cblaw.com
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Attorneys for Plaintiff

                                                                    /s/
                                         John W. Bateman