IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| TRIANGLE SOFTWARE, LLC, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 1:10cv1457 (CMH/TCB) |
| GARMIN INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| *Defendants.* | ) | |

# SPECIAL VERDICT FORM

## INFRINGEMENT

### Question 1

Do you find that Triangle has proved it is more likely than not that Garmin's accused products **sold with a traffic receiver** infringe one or more of the following claims of the asserted patents?[1]

    Yes (finding for Triangle) \_\_\_\_

    No (finding for Garmin) \_\_\_\_

If Yes, which claims did Garmin infringe:

| | | | | |
|---|---|---|---|---|
| '287 Patent Claim 1 | Yes | ☐ | No | ☒ |
| '649 Patent Claim 1 | Yes | ☐ | No | ☐ |
| '730 Patent Claim 1 | Yes | ☐ | No | ☒ |
| '730 Patent Claim 16 | Yes | ☐ | No | ☐ |

---

[1] The asserted patents are U.S. Patent No. 7,221,287 (the '287 patent), U.S. Patent No. 7,375,649 (the '649 patent), U.S. Patent No. 7,508,321 (the '321 patent), U.S. Patent No. 7,557,730 (the '730 patent), and/or U.S. Patent No. 7,702,452 (the '452 patent). Triangle is asserting claim 1 of the '287 patent; claim 1 of the '643 patent; claim 16 of the '730 patent; claim 14 of the '321 patent; and claim 1 of the '452 patent.

| | | | | |
|---|---|---|---|---|
| '321 Patent Claim 14 | Yes | ☐ | No | ☒ |
| '452 Patent Claim 1 | Yes | ☐ | No | ☐ |

## Question 2

Do you find that Triangle has proved it is more likely than not that Garmin's accused products **sold without a traffic receiver** infringe one or more of the following claims of the asserted patents?

    Yes (finding for Triangle)    \_\_\_\_

    No (finding for Garmin)    \_\_\_\_

If Yes, which claims did Garmin infringe:

| | | | | |
|---|---|---|---|---|
| '287 Patent Claim 1 | Yes | ☐ | No | ☒ |
| '649 Patent Claim 1 | Yes | ☐ | No | ☐ |
| '730 Patent Claim 1 | Yes | ☐ | No | ☒ |
| '730 Patent Claim 16 | Yes | ☐ | No | ☐ |
| '321 Patent Claim 14 | Yes | ☐ | No | ☒ |
| '452 Patent Claim 1 | Yes | ☐ | No | ☐ |

## INVALIDITY

## Question 3

Do you find that Garmin has proved that it is highly probable that one or more of the following claims of the asserted patents is invalid as anticipated by the prior art?

    Yes (anticipated – finding for Garmin)    \_\_\_\_

    No (not anticipated – finding for Triangle)    _X_

If Yes, which claims are anticipated by the prior art:

| | | | | |
|---|---|---|---|---|
| '287 Patent Claim 1 | Yes | ☐ | No | ☐ |
| '649 Patent Claim 1 | Yes | ☐ | No | ☐ |

-3-

| | | | | |
|---|---|---|---|---|
| '321 Patent Claim 14 | Yes | ☐ | No | ☐ |
| '730 Patent Claim 1 | Yes | ☐ | No | ☐ |
| '730 Patent Claim 16 | Yes | ☐ | No | ☐ |
| '452 Patent Claim 1 | Yes | ☐ | No | ☐ |

**Question 4**

Do you find that Garmin has proved that it is highly probable that one or more of the following claims of the asserted patents is invalid as obvious in light of the prior art?

Yes (obvious – finding for Garmin) \_\_\_\_\_

No (not obvious – finding for Triangle) ✗

If Yes, which claims are obvious in light of the prior art:

| | | | | |
|---|---|---|---|---|
| '287 Patent Claim 1 | Yes | ☐ | No | ☐ |
| '649 Patent Claim 1 | Yes | ☐ | No | ☐ |
| '321 Patent Claim 14 | Yes | ☐ | No | ☐ |
| '730 Patent Claim 1 | Yes | ☐ | No | ☐ |
| '730 Patent Claim 16 | Yes | ☐ | No | ☐ |
| '452 Patent Claim 1 | Yes | ☐ | No | ☐ |

## DAMAGES

If you found that:

(A) Garmin infringes one or more of the asserted patents

AND

(B) the infringed patent(s) is/are not invalid, then answer questions 5-6 below.

If you did not find BOTH (A) and (B) above, then you find for Defendant Garmin and are done. Skip questions 5-6 below.

-4-

## Question 5

What amount represents the damages Triangle has proved it should receive for Garmin's infringement of Triangle's valid patents?

$\$$ _____

## Question 6

Do you find that Triangle has proved that it is highly probable that Garmin's infringement of Triangle's valid patents was willful?

Yes (willful - finding for Triangle)  \_\_\_\_

No (not willful - finding for Garmin)  

-5-

I certify that the foregoing answers each represent the unanimous decision of the trial jury.

Alexandria, Virginia
November  9  , 2011

REDACTED

_____